UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ACORN BAY,

    Plaintiff,

  v.

CAMELBAK PRODUCTS, LLC,

    Defendant.

No. C 20-05214 WHA

**ORDER RE AMENDMENT OF INFRINGEMENT AND INVALIDITY CONTENTIONS**

Patent Local Rule 3-6 prohibits infringement or invalidity contention amendment, save "by order of the Court." Years of experience have shown patent-infringement cases to be among the most time consuming of all civil actions, in which neither counsel for the patent owner nor the accused infringer worry much about the multiplicity of proceedings before the single district judge. Therefore, the Patent Local Rules dictate that *both sides* shall delineate their theory of the case with care early — and stick to it. Minor changes snowball quickly. So, *all* changes to the metes and bounds of the suit require leave of the court.

Though it appears that in the hubbub the undersigned missed earlier references, oblique though they were, patent owner breached this rule. So too, however, defendant abandoned the Court in its enforcement of the Patent Local Rules. Blame thus shared, we will split the baby. Both parties may amend their infringement and invalidity contentions by **APRIL 8**. *Carefully targeted* motions to strike insufficient contentions are due **APRIL 22**. We will not extend discovery on account of this snafu. Future amendment will require exceedingly good cause. The pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: March 19, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE